United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE M. VIDEAU,<br>Plaintiff,<br>v.<br>BURNETTE, et al.,<br>Defendants. | Case No. 26-cv-04005-JD<br><br>**ORDER RE DISMISSAL**<br>Re: Dkt. Nos. 7, 8 |

Plaintiff, a detainee acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days have passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice and the pending motions (Dkt. Nos. 7, 8) are vacated.

**IT IS SO ORDERED.**

Dated: September 21, 2026

JAMES DONATO
United States District Judge